```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 02508
    VERLANE JOSHUA
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-0252


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/14/2006 and was confirmed 06/01/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 12/23/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
-------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY            100.00              .00             100.00
D PATRICK MULLARKEY       NOTICE ONLY      NOT FILED              .00                .00
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED              .00                .00
US ATTORNEYS OFFICE       NOTICE ONLY      NOT FILED              .00                .00
FUNDING TRUST             UNSECURED          1937.94              .00            1937.94
GERALD E MOORE            NOTICE ONLY      NOT FILED              .00                .00
DISCOVER FINANCIAL SERVI  UNSECURED          2656.96              .00            2656.96
BAKER MILLER MARKOFF & K  NOTICE ONLY      NOT FILED              .00                .00
FORD MOTOR CREDIT         UNSECURED          7192.84              .00            7192.84
BOWMAN HEINTZ BOSCIA & M  NOTICE ONLY      NOT FILED              .00                .00
FORD MOTOR CREDIT COMPAN  NOTICE ONLY      NOT FILED              .00                .00
SHERMAN & SHERMAN         NOTICE ONLY      NOT FILED              .00                .00
UNIVERSITY OF CHICAGO HO  UNSECURED         NOT FILED             .00                .00
UNIVERSITY OF CHIC PHYSI  UNSECURED         NOT FILED             .00                .00
UNIVERSITY OF CHICAGO HO  UNSECURED         NOT FILED             .00                .00
UNIVERSITY OF CHGO PHYSI  UNSECURED         NOT FILED             .00                .00
UNIVERSITY OF CHICAGO HO  UNSECURED         NOT FILED             .00                .00
VMC & ASSOCIATION         NOTICE ONLY      NOT FILED              .00                .00
INTERNAL REVENUE SERVICE  UNSECURED            100.00             .00             100.00
ASSET ACCEPTANCE LLC      UNSECURED            339.94             .00             339.94
ASSET ACCEPTANCE LLC      UNSECURED            168.13             .00             168.13
NATIONAL CAPITAL MANAGEM  UNSECURED            145.78             .00             145.78
TIMOTHY K LIOU            DEBTOR ATTY         2,464.20                          2,464.20
TOM VAUGHN                TRUSTEE                                               1,004.73
DEBTOR REFUND             REFUND                                                   13.64


          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  16,124.16
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 02508 VERLANE JOSHUA

```
PRIORITY                                                  100.00
SECURED                                                      .00
UNSECURED                                              12,541.59
ADMINISTRATIVE                                          2,464.20
TRUSTEE COMPENSATION                                    1,004.73
DEBTOR REFUND                                              13.64
                                      ---------------   ---------------
TOTALS                                    16,124.16        16,124.16
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 03/05/09                       /s/ Tom Vaughn
                                             _____
                                           TOM VAUGHN
                                           CHAPTER 13 TRUSTEE